UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDRE BRIGHAM YOUNG,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>VICTORIA WOODARDS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. C24-5704-TL<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, and having received no objections thereto, finds and ORDERS as follows:

　　(1)　The Report and Recommendation is approved and adopted.

　　(2)　Plaintiff's application to proceed *in forma pauperis* (Dkt. 5) is DENIED.

　　(3)　This matter is DISMISSED without prejudice pursuant to the pre-filing bar order entered in *Young v. Barbour*, C89-678-WD (W.D. Wash. June 1, 1989).

//

//

//

ORDER DISMISSING ACTION - 1

(4)   The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

DATED this 18th day of November, 2024.

TANA LIN
United States District Judge

ORDER DISMISSING ACTION - 2